

LODGED

AUG 03 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 4 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MICHAEL J. FREYERMUTH
Special Assistant U.S. Attorney
15 AW/JAL
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 232
Facsimile No.  448-0999
Email:  michael.freyermuth@hickam.af.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KAYRA M. COLON, ) <br> ) <br> Defendant. ) <br> ) | CR. NO.: 04-00202 <br><br> ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the information against Defendant KAYRA M. COLON, due to her making satisfactory adjustment to pretrial diversion by fully complying

with the terms and conditions of the Pretrial Diversion Agreement.

DATED:  Honolulu, Hawaii, __August 3__, 2005.

_____
MICHAEL J. FREYERMUTH
Special Assistant U.S. Attorney
District of Hawaii

APPROVED AND SO ORDERED:

_____
LESLIE E. KOBAYASHI
UNITED STATES MAGISTRATE JUDGE

UNITED STATES v. KAYRA M. COLON
CR. NO.: 04-00202
Order For Dismissal