EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ALEXANDRA C. O'HANLEY
Special Assistant U.S. Attorney
15 AW/JA
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 234
Facsimile No.  448-0999
Email:  Ali.O'Hanley@hickam.af.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 13 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KAYRA M. COLON, )<br>)<br>Defendant. )<br>) | CR. NO.: 04-00202<br><br>ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the information against Defendant KAYRA M. COLON, due to her making satisfactory adjustment to pretrial diversion by fully complying

with the terms and conditions of the Pretrial Diversion Agreement.

DATED: Honolulu, Hawaii, October 6, 2005.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ A C O'Hanley
ALEXANDRA C. O'HANLEY
Special Assistant U.S. Attorney
District of Hawaii

APPROVED AND SO ORDERED:

BARRY M. KURREN                           OCT 1 2 2005
_____      _____
UNITED STATES MAGISTRATE JUDGE              DATED

UNITED STATES v. KAYRA M. COLON
CR. NO.: 04-00202
Order For Dismissal